IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BENNY BENTON                                                                                                                PLAINTIFF
ADC #078917

v.                                              3:22-cv-00277-KGB-JJV

DEXTER PAYNE,
Deputy Director, ADC; *et al.*                                                                                        DEFENDANTS

## ORDER

Benny Benton ("Plaintiff") is a prisoner in the Grimes Unit of the Arkansas Division of Correction ("ADC"). He has filed a *pro se* § 1983 Amended Complaint alleging that in March 2022, Defendants ADC Deputy Director William Straughn, previous ADC Deputy Director Marshall Dale Reed, Deputy Warden John Moss, and Mailroom Supervisor Kristy Smith violated his First Amendment rights when they refused to allow him to receive the *South Beach Singles* brochure and ten pictures. (Doc. 5.) I conclude, for screening purposes only, he has pled a plausible First Amendment claim against these four Defendants in their personal capacities only.[1]

IT IS, THEREFORE, ORDERED that:

1.     Pursuant to the information provided in the Amended Complaint (Doc. 5 at 1), the Clerk shall change Defendant "Reed Marshall Dale" to "Marshall Dale Reed."

2.     The Clerk shall prepare summonses for Defendants Moss, Smith, Reed, and Straughn through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612. The

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

United States Marshall shall serve the summonses, Amended Complaint (Doc. 5), and this Order on them without prepayment of fees and costs or security therefor.

DATED this 14th day of December 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE