THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BENNY BENTON**                                                                                                  **PLAINTIFF**
**ADC #078917**

v.                       Case No 3:22-cv-00277-KGB-JJV

**DEXTER PAYNE,** *et al.*                                                                         **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition ("Partial Recommendation") and the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe on December 14, 2022, and May 15, 2023, respectively (Dkt. Nos. 7; 21). No objections have been filed, and the deadline to do so has passed.

In his December 14, 2022, Partial Recommendation, Judge Volpe recommends that plaintiff Benny Benton be allowed to proceed with his First Amendment claims against defendants John Moss, Kristy Smith, Marshall Reed, and William Straughn in their personal capacities only (Dkt. No. 7, at 4). Judge Volpe also recommends that the Court dismiss without prejudice Mr. Benton's remaining claims as well as defendants Dexter Payne, Moses Jackson III, Aaron Rogers, Barbara Penix, Shurika Brown, Paula Cowell, Christian Castillo, Michael Morris, Richard Lee, John Sparks, Cynthia Holzbierlein, Kenneth Davis, Thomas Hurst, and Mayra Glass (*Id.*).

In his May 15, 2023, Recommendation, Judge Volpe recommends granting Mr. Moss, Ms. Smith, Mr. Reed, and Mr. Straughn's motion for summary judgment on exhaustion and dismissing without prejudice this case (Dkt. Nos. 18; 21, at 6).

After careful consideration, the Court concludes that the Partial Recommendation and Recommendation should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. Nos. 7; 21). Pursuant to the Partial Recommendation, the Court dismisses all of Mr.

Benton's claims, with the exception of his First Amendment claims against Mr. Moss, Ms. Smith, Mr. Reed, and Mr. Straughn in their personal capacities (Dkt. No. 7).  Pursuant to the Recommendation, the Court grants Mr. Moss, Ms. Smith, Mr. Reed, and Mr. Straughn's motion for summary judgment on exhaustion and dismisses without prejudice his claims against Mr. Moss, Ms. Smith, Mr. Reed, and Mr. Straughn in their personal capacities (Dkt. Nos. 18; 21).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith.  The Court also denies as moot Mr. Moss, Ms. Smith, Mr. Reed, and Mr. Straughn's motion to stay discovery and deadlines (Dkt. No. 22).

    It is so ordered this 7th day of August, 2023.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge